Felix ELLIOTT

v.

UNITED STATES STEEL CORPORA-
TION, Appellant.

No. 13718.

United States Court of Appeals
Third Circuit.

Argued Jan. 12, 1962.

Decided Feb. 20, 1962.

Ira R. Hill, Pittsburgh, Pa. (Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for appellant.

James R. Fitzgerald, Pittsburgh, Pa. (P. J. McArdle, Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and HASTIE and GANEY, Circuit Judges.

PER CURIAM.

We have reviewed carefully the record in this case and can perceive no error. Consequently the judgment will be affirmed, D.C., 194 F.Supp. 936.

Charles HOJNOWSKI and Marie
Hojnowski

v.

SAFEWAY TRAILS, INC., Appellant.

No. 13842.

United States Court of Appeals
Third Circuit.

Argued April 27, 1962.

Decided May 9, 1962.

John F. Naulty, Philadelphia, Pa., for appellant.

Gray, Anderson & Schaffer, Philadelphia, Pa. (Cormac J. Malloy, Philadelphia, Pa. of counsel), for appellee.

Before HASTIE, FORMAN and SMITH, Circuit Judges.

PER CURIAM.

This personal injury case was tried to a judge sitting without a jury. The evidence justified the court's findings of fact which in turn justified the imposition of liability upon appellant. The verdict was not excessive in the light of the plaintiff's evidence.

The judgment will be affirmed.